UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:24-cv-09835-AH-SHK | Date: | April 11, 2025 |
|---|---|---|---|
| Title: | *Vladimir Dunaev v. James Engleman* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| Dana Cisneros | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings (IN CHAMBERS):**  ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT INITIATE CONTEMPT OF COURT PROCEEDINGS AGAINST ASSISTANT UNITED STATES ATTORNEY NEIL THAKOR FOR FAILURE TO FILE AN ANSWER TO PETITION IN ACCORDANCE WITH THE COURT'S MARCH 27, 2025 ORDER

On March 27, 2025, the Court issued an Order Denying Motion to Dismiss and Ordering Respondent to Answer Petition. Electronic Case Filing Number ("ECF No.") 12. In that Order, the Court expressly stated that "time is of the essence to ensure that Petitioner is not held in custody beyond a date authorized by law." Id. at 8. The Court ordered Respondent to file an Answer responsive to Petitioner's claim and all of the issues identified in the Order within 14 days of the date of the Order, including the reasons for the urgency in this case. Id. Respondent was expressly advised as follows: "Respondent is forewarned that given Petitioner's impending release date, the Court will not be inclined to issue extensions of time to file the Answer." Id. at 8 n.1.

The 14 days afforded to Respondent to file an Answer expired on April 10, 2025. No Answer has been filed. Nor has Respondent filed any documentation explaining the delay.

/ / /

/ / /

<u>Order of the Court</u>

The Clerk is directed to serve a copy of this Order on Assistant United States Attorney Neil Thakor, who is ORDERED as follows:

AUSA Neil Thakor is **ORDERED TO SHOW CAUSE** why this Court should not initiate CONTEMPT OF COURT proceedings against him for his failure to comply with the Court's March 27, 2025 Order Denying Motion to Dismiss and Ordering Respondent to Answer Petition.  ECF No. 12.

AUSA Thakor is ORDERED to file an Answer to the Petition by Monday, April 14, 2025 at 5:00 p.m., at which time the Court will discharge this Order to Show Cause.

Should no Answer be filed by Monday, April 15, 2025 at 5:00 p.m., this Court may initiate CONTEMPT OF COURT proceedings against AUSA Thakor for failing to abide by the Court's Order Denying Motion to Dismiss and Ordering Respondent to Answer Petition, issued on March 27, 2025 as well as determine what relief, if any, is appropriate for Petitioner .  ECF No. 12.

**IT IS SO ORDERED.**