UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR DUNAEV,<br><br>                 Petitioner,<br><br>      v.<br><br>JAMES ENGLEMAN, Warden,<br><br>                 Respondent. | Case No. 2:24-cv-09835-AH-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that the Petition is GRANTED and that the Bureau of Prisons be ORDERED to recalculate Petitioner Vladimir Dunaev's entitlement to earned-time credits under the First Step Act as described in the R&R.

Dated: MAY 28, 2025

                                                    HONORABLE ANNE HWANG
                                                    United States District Judge